ENTER JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11  IBRAHIM BASIL HENRY,                )   Case No. CV 10-01467 PSG (AN)
12          Petitioner,                 )   JUDGMENT
13      v.                              )
14  KELLY HARRINGTON,  warden,          )
15          Respondent.                 )
16  _____    )
17
         IT IS HEREBY ADJUDGED THAT this action is dismissed without prejudice for
18  the reasons stated in the related Order.
19
20
21
22  DATED:  March _12__, 2010          _____
23                                      PHILIP S. GUTIERREZ
                                        UNITED STATES DISTRICT JUDGE
24
25
26
27
28

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 1 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY